ORIGINAL

FILED
CLERK, U S DISTRICT COURT

MAY 3 0 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jayne Englander, et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 07-2964 CAS (RZx) |
| v. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases) |
| Menu Foods Income Fund, et al | |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

___5/24/07___                    ___George H. King___
    Date                         United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

    Date                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case ___CV 07-1958 GHK (AJWx)___ and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Zarefsky___ to Magistrate Judge ___Wistrich___.

On all documents subsequently filed in this case, please substitute the initials ___GHK (AJWx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 07-2964 GHK (AJWx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western  ☐ Southern  ☐ Eastern Division.

Subsequent documents must be filed at the  ☑ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)           ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

MAY 2 3 2007                                              ENTERED ON CM 5/30/07

dockets.Justia.co